# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
# OFFICE OF THE CLERK

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

Nwamaka Anowi
Clerk

Telephone
804-916-2700

January 27, 2025

_____

SUPPLEMENTAL RECORD REQUEST

_____

No. 24-6791,   Lorenzo Payton v. S. Holcomb
               1:20-cv-00801-WO-LPA

TO:       Larry Cunningham

Please transmit to this office a supplemental record in the above-referenced case, consisting of the following:

Supplement number requested: First

**Docket entry numbers: 48-current**

If there is any problem with transmission of the supplemental record, please notify me.

Karen Stump, Deputy Clerk
804-916-2704