KS/RM

United States Court of Appeals
For The Fourth Circuit
No. 24-6791; 1:20-cv-00801-WO-LPA

RECEIVED
2025 DEC -9 P 12:36
U.S. COURT OF APPEALS
FOURTH CIRCUIT

Lorenzo Payton

v.                                    Affidavit

J. Holcomb

---

I Lorenzo Payton declare under the penalty of perjury, that I am over the age of 18, and I'm mentally competent to write this affidavit. I declare:

① That I never received a magistrates judges recommendation.

② I never received the video tapes for evidence that this court ordered.

Sworn Affirmed before me

_____          _____
Notary Public                     Lorenzo Payton

12/4/2025
DATE

[Notary seal: NATASCHA V. LIGHTFOOT, NOTARY PUBLIC, HARNETT COUNTY, NC, My Commission Expires May 25, 2027]

## Certificate of Service

I Lorenzo Payton certify that I mailed a copy of this motion and affidavit to the clerk of Court for the U.S. Court of Appeals to electronically mail to the Defendants, at 1100 E. Main street Richmond, Virginia 23219.

*Lorenzo Payton*
Lorenzo Payton #0653501
Sanford Correctional

United States Court of Appeals
For The Fourth Circuit
No. 24-6791, 1:20-CV-00801-WO-LPA

Lorenzo Payton
v.
S. Holcomb

Motion to allow Petitioner to respond to Magistrate Judge Recommendation

Petitioner Lorenzo Payton pro se, now comes before this Court, and ask this court to allow him to respond to the magistrate judge order/recommendation.

Petitioner claims that he never received the recommendation and has enclosed a sworn affidavit. Petitioner has been transferred several times, and argues that there is no proof he received a magistrate judge recommendation. Petitioner now ask that this court order the Clerk of Court to show what address they mailed the recommendation to, in order for him to show he was not either at that institution, or that he didn't receive it by mail. All legal mail has to be signed by offenders.

Respectfully Submitted
/s/ Lorenzo Payton
Lorenzo Payton

Dec 4, 2025

Lorenzo Payton # 0653501
Sanford Correctional Inst
PO Box 2490
Sanford NC
27330

RECEIVED
U.S. MARSHALS

GREENSBORO NC 270
6 DEC 2025 PM 3 L

MAILED FROM SANFORD CC

Clerk's OFFICE
U.S. Court of Appeals
For The 4th Circuit
1100 E. main street
Richmond, Virginia
23219

23219-351799

PITNEY BOWES
$0.74 0
US POSTAGE (MI)
FIRST-CLASS
028W0002310366
3003907056
ZIP 27607