FILED: December 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-6791
(1:20-cv-00801-WO-LPA)

_____

LORENZO PAYTON

      Plaintiff - Appellant

v.

S. HOLCOMB, Albemarle Correctional Institution, Correctional Sergeant II; CORRECTIONAL OFFICER BAKER, Albemarle Correctional Institution; CORRECTIONAL OFFICER LOWDER, Albemarle Correctional Institution

      Defendants - Appellees

_____

M A N D A T E

_____

The judgment of this court, entered November 25, 2025, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*