## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

December 17, 2025

_____

NOTICE

_____

No. 24-6791,   <u>Lorenzo Payton v. S. Holcomb</u>
              1:20-cv-00801-WO-LPA

TO:   Appellees

The physical video that depicts the altercation is returned herewith.

K. Stump, Deputy Clerk
804-916-2702